Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JAN 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARCIA E. AUGUSTINE on behalf of  ) No. EDCV 06-0903-RC
JULIA F. RAMIREZ,                 )
                                  )
        Plaintiff,                )
                                  ) JUDGMENT
    v.                            )
                                  )
MICHAEL J. ASTRUE,[1]             )
Commissioner of Social Security,  )
                                  )
        Defendant.                )
_____)

   IT IS ADJUDGED that Judgment be entered remanding the action to the Social Security Administration for further proceedings consistent with the Opinion and Order, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: January 17, 2008

ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Michael J. Astrue is substituted as the defendant in the action.

R&R-MDO\06-0903.jud
1/17/08